1  DENNIS A. CAMMARANO/BAR NO. 123662
   JEREMY B. GARD/BAR NO. 269265
2  CAMMARANO LAW GROUP
   555 East Ocean Boulevard, Suite 501
3  Long Beach, California  90802
   Telephone:  (562) 495-9501
4  Facsimile: (562) 495-3674

5  Attorneys for Plaintiff,
   AGCS MARINE INSURANCE COMPANY

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  AGCS MARINE INSURANCE COMPANY, | No.: 2:11-CV-01434-MCE-DAD |
| 12                     Plaintiff, | **ORDER EXTENDING TIME TO DISCLOSE EXPERT WITNESS INFORMATION** |
| 13  v. | |
| 14  ROBERT BUNFILL, dba RAB Contractors; and DOES 1 through 20, inclusive, | |
| 15 | |
| 16                     Defendants. | Filed: May 26, 2011<br>Trial: July 8, 2013 |
| 17 | |

18         **PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN**,

19  IT IS HEREBY ORDERED that the pretrial scheduling order deadline to disclose

20  expert witness information is extended from November 8, 2012 to March 1, 2013.

21         IT IS SO ORDERED.

22   Dated:  November 6, 2012

23

24  _____
    MORRISON C. ENGLAND, JR.
25  UNITED STATES DISTRICT JUDGE

26

27

28

*Order Extending Time to Disclose Expert Witness Information*