1  Law Offices of
   **MATHENY SEARS LINKERT & JAIME, LLP**
2  JACK A. KLAUSCHIE, ESQ. (SBN 094029)
   jklauschie@mathenysears.com
3  3638 American River Drive
   Sacramento, CA  95864
4  Telephone:    (916) 978-3434
   Facsimile:    (916) 978-3430
5

6  Attorneys for Defendant, **ROBERT BUNFILL dba**
   **RAB CONTRACTORS**
7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 AGCS MARINE INSURANCE                 Case No.  2:11-CV-01434-MCE-CKD
   COMPANY,
13                                       **ORDER EXTENDING TIME TO**
              Plaintiff,                 **DISCLOSE EXPERT WITNESS**
14                                       **INFORMATION**
        v.
15
   ROBERT BUNFILL dba RAB
16 CONTRACTORS; and DOES 1               Old Date: March 1, 2013
   through 20, inclusive,                New date: March 29, 2013
17
              Defendants.                Filed:  May 26, 2011
18                                       Trial : July 8, 2013

19

20       **PURSUANT  TO  STIPULATION  AND  FOR  GOOD  CAUSE  SHOWN,** IT  IS

21 HEREBY ORDERED that the pretrial scheduling order deadline to disclose expert witness

22 information is extended from March 1, 2013, to no earlier than March 29, 2013.

23       IT IS SO ORDERED.

24 Dated:  March 14, 2014

25  _____

26       MORRISON C. ENGLAND, JR., CHIEF JUDGE
         UNITED STATES DISTRICT JUDGE
27

28
                                1

   *Order Extending Time to Disclose Expert Witness Information (Proposed)*

Sidebar (left margin, vertical): LAW OFFICES OF **MATHENY SEARS LINKERT & JAIME, LLP** 3638 AMERICAN RIVER DRIVE SACRAMENTO, CALIFORNIA  95864