1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   AGCS MARINE INSURANCE                    No.  2:11-cv-01434-MCE-DAD
     COMPANY,
12
                    Plaintiff,
13                                            **ORDER**

14        v.

15   ROBERT BUNFILL, dba RAB
     Contractors; and DOES 1 through 20,
16   inclusive,

17                   Defendants.

18

19        Pursuant to the parties' stipulation and based on the parties' request (ECF

20   No. 27), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE on

21   the basis that a settlement has been reached in this matter.  However, the Court will

22   retain jurisdiction over this matter for thirty (30) days from the date this Order is

23   electronically filed to allow Defendant time to fund the settlement.  In the event the

24   settlement is not consummated, either party may, within the said thirty (30) days, file a

25   motion to reopen this matter and vacate the dismissal.  Each party is to bear its own

26   attorney's fees and costs.

27   ///

28   ///

1

1    The Clerk of the Court is directed to close this case.

2    IT IS SO ORDERED.

3    Dated:  July 2, 2013

4

5

6                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE

7                                                UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2