UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT BUNFILL, dba RAB Contractors; and DOES 1 through 20, inclusive,<br><br>        Defendants. | No. 2:11-cv-01434-MCE-DAD<br><br>**ORDER** |

Pursuant to the parties' stipulation and based on the parties' request (ECF No. 27), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE on the basis that a settlement has been reached in this matter.  However, the Court will retain jurisdiction over this matter for thirty (30) days from the date this Order is electronically filed to allow Defendant time to fund the settlement.  In the event the settlement is not consummated, either party may, within the said thirty (30) days, file a motion to reopen this matter and vacate the dismissal.  Each party is to bear its own attorney's fees and costs.

///

///

1    The Clerk of the Court is directed to close this case.

2    IT IS SO ORDERED.

3  Dated:  July 2, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT